1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| CELLWITCH INC., | Case No.  4:19-CV-01315-JSW |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING DEFENDANT TILE, INC.'S MOTION TO MAINTAIN STAY AS TO DISCOVERY |
| TILE, INC., | |
| Defendant. | Judge: Jeffrey S. White |

1    Defendant Tile, Inc.'s ("Tile's") Motion to Maintain Discovery ~~came on for hearing before~~
2    ~~the Court on July 29, 2022.~~ Based on the papers submitted ~~and arguments made by counsel at the~~
3    ~~hearing~~, the Court finds that good cause exists for maintaining the stay of this case as to discovery
4    pending the resolution of Tile's Motion for Leave to File a Motion for Reconsideration of the
5    Court's Nov. 21, 2019 Order Denying Defendant's Motion to Dismiss (Dkt. 57), including the
6    resolution of any motion for reconsideration that the Court authorizes Tile to file. *See Jarvis v.*
7    *Regan*, 833 F.2d 149, 155 (9th Cir. 1987); *Wood v. McEwen*, 644 F.2d 797, 801 (9th Cir. 1981);
8    *Pac. Lumber Co. v. Nat'l Union Fire Ins. Co.*, 220 F.R.D. 349, 352 (N.D. Cal. 2003).

9    Accordingly, Federal Rule of Civil Procedure 26(c) and the Court's discretion, IT IS
10   HEREBY ORDERED that Tile's Motion to Maintain Stay as to Discovery is GRANTED.
11   Discovery is stayed in this matter pending resolution of Tile's Motion for Leave to File a Motion
12   for Reconsideration of the Court's Nov. 21, 2019 Order Denying Defendant's Motion to Dismiss
13   (Dkt. 57), including the resolution of any motion for reconsideration that the Court authorizes Tile
14   to file.

15   IT IS SO ORDERED.

17   Dated: July 25, 2022

_____
JEFFREY S. WHITE
United States District Judge