UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CELLWITCH INC.,<br><br>               Plaintiff,<br><br>     v.<br><br>TILE, INC.;<br><br>               Defendant. | Case No. 4:19-CV-01315-JSW<br><br>[~~Proposed~~] Order ~~Granting~~ DENYING Cellwitch Inc.'s Motion to Lift Stay<br><br>Date:         July 29, 2022<br>Time:         9:00 a.m.<br>Courtroom: 5<br>Judge:        Hon. Jeffrey S. White |

Having considered Cellwitch Inc.'s Motion to Lift Stay ("Motion") and the papers filed in support of and in opposition to the Motion, the Court hereby ~~GRANTS~~ DENIES the Motion.

The Court finds that, following the Federal Circuit judgment on May 13, 2022 concerning the Patent and Trial Appeal Board's *inter partes* review of the '655 Patent, a full stay of this action is no longer appropriate. *See, e.g.*, *In re Cygnus Telecom, Tech., LLC Patent Litig.*, 385 F. Supp. 2d 1022, 1023 (N.D. Cal. 2005).

THEREFORE, IT IS SO ORDERED that the Motion is ~~GRANTED~~ DENIED only to resolve the motion for reconsideration.

IT IS FURTHER ORDERED that the stay in this action is lifted ~~in full~~.

IT IS FURTHER ORDERED that a Case Management Conference ~~is hereby set for _____, 2022, and that the parties are directed to file a proposed scheduling order for the Court's consideration no later than fourteen (14) days from the date of this order.~~ shall be set, if necessary, by the order resolving the motion for reconsideration.

IT IS SO ORDERED.

Dated: July 25, 2022

_____
The Honorable Jeffrey S. White
United States District Judge