**KONING ZOLLAR LLP**
Drew Koning (263082)
(drew@kzllp.com)
Neal Gibeault (299730)
(neal@kzllp.com)
169 Saxony Road, Suite 115
Encinitas, CA 92024
Telephone:    (858) 252-3234
Facsimile:     (858) 252-3238

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
Nicole M. Jantzi (*Pro Hac Vice*)
(nicole.jantzi@friedfrank.com)
Paul M. Schoenhard (*Pro Hac Vice*)
(paul.schoenhard@friedfrank.com)
801 17th Street NW
Washington, DC 20006
Telephone:  (202) 639-7265

*Attorneys for Plaintiff Cellwitch Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CELLWITCH INC., | Case No.  4:19-CV-01315-JSW |
| Plaintiff, | **PLAINTIFF'S NOTICE REGARDING SUBMITTED MATTER PER LOCAL RULE 7-13** |
| v. | |
| TILE, INC.; | |
| Defendant. | |

KONING ZOLLAR LLP
ATTORNEYS AT LAW
ENCINITAS

Pursuant to Civil Local Rule 7-13, Plaintiff Cellwitch Inc. ("Cellwitch") respectfully submits this notice regarding a submitted matter with respect to Defendant Tile, Inc.'s Motion for Reconsideration of the Court's Nov. 21, 2019 Order Denying Defendant's Motion to Dismiss (Dkt. 114, "Motion"). It has been over 120 days since the Court vacated the scheduled hearing and took the matter under submission on September 14, 2022 (Dkt. 117).

Plaintiff notes that this action has been pending for nearly 4 years now, and the case remains at a standstill given the stay of the action pending resolution of the Motion. (*See* Dkt. 112, 113.)

Dated: January 13, 2023

**KONING ZOLLAR LLP**

By:___ */s/ Drew Koning*___

Drew Koning (263082)
(drew@kzllp.com)
Neal Gibeault (299730)
(neal@kzllp.com)
169 Saxony Road, Suite 115
Encinitas, CA 92024
Telephone:   (858) 252-3234
Facsimile:   (858) 252-3238

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
Nicole M. Jantzi (*pro hac vice*)
nicole.jantzi@friedfrank.com
Paul M. Schoenhard (*pro hac vice*)
paul.schoenhard@friedfrank.com
801 17th Street NW
Washington, DC 20006
Telephone:   (202) 639-7265

*Attorneys for Plaintiff Cellwitch Inc.*