UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLWITCH INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>TILE, INC.,<br><br>        Defendant. | Case No. 19-cv-01315-JSW (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 138 |

By May 8, 2023, Title must supplement its responses to Cellwitch's first set of interrogatories and complete its production of documents that are responsive to Cellwitch's first set of requests for production.

**IT IS SO ORDERED.**

Dated: April 6, 2023

Alex G. Tse
United States Magistrate Judge