UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLWITCH INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>TILE, INC.,<br><br>        Defendant. | Case No. 19-cv-01315-JSW (AGT)<br><br>**ORDER ON MOTION TO STRIKE INFRINGEMENT CONTENTIONS**<br><br>Re: Dkt. No. 141 |

The Court won't strike Cellwitch's infringement contentions. "Striking a patentee's infringement contentions is a severe sanction that should be used sparingly and only for good cause." *Finjan, Inc. v. Proofpoint, Inc.*, No. 13-CV-05808-HSG, 2015 WL 1517920, at *12 (N.D. Cal. Apr. 2, 2015). Tile hasn't established good cause to strike here.

Cellwitch "has disclosed, to the extent of its present knowledge, where it believes the infringement lies." *FusionArc, Inc. v. Solidus Networks, Inc.*, No. C 06-06760 RMW (RS), 2007 WL 1052900, at *2 (N.D. Cal. Apr. 5, 2007). If, during discovery, Cellwitch learns that its infringement contentions are incomplete or incorrect, Cellwitch should seek leave to amend them. *See* Patent L.R. 3-6. Tile, for its part, may seek additional discovery if needed to better understand the factual basis for Cellwitch's contentions.

    **IT IS SO ORDERED.**

Dated: July 11, 2023

                                          Alex G. Tse<br>
                                          United States Magistrate Judge