UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CELLWITCH INC.,

               Plaintiff,

      v.

TILE, INC.,

               Defendant.

Case No.  19-cv-01315-JSW (AGT)

**ORDER ON MOTION TO SEAL**

Re: Dkt. No. 179

The Court grants Tile's motion to seal Exhibits A, B, and D attached to the July 21, 2023, joint statement. These exhibits consist entirely of technical information related to Tile's products. There is good cause to seal this information at the discovery stage: the information is proprietary and potentially commercially sensitive.

The Court denies Tile's motion to seal Exhibit C attached to the July 21, 2023, joint statement. Exhibit C is a 102-page transcript from a meet-and-confer session. Segments of the transcript reveal sensitive commercial information, but other segments do not. The entire document will not be placed under seal; Tile may only "redact[] the truly sensitive information."

Civ. L.R. 79-5(a). On or before August 18, 2023, Tile may move to file portions of Exhibit C under seal.

**IT IS SO ORDERED.**

Dated: August 4, 2023

Alex G. Tse
United States Magistrate Judge