Sarah J. Guske (CA Bar No. 232467)
Email: sarah.guske@bakerbotts.com
Mark Oda (CA Bar No. 323768)
Email: mark.oda@bakerbotts.com
**BAKER BOTTS L.L.P**
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Fax: (415) 291-6300

Lauren J. Dreyer (*Pro Hac Vice*)
**BAKER BOTTS L.L.P**
Email: lauren.dreyer@bakerbotts.com
700 K Street, N.W.
Washington, DC 20001
Telephone: (202) 639-7700
Fax: (202) 639-7890

John F. Gaustad (CA Bar No. 279893)
Email: john.gaustad@bakerbotts.com
**BAKER BOTTS L.L.P**
1001 Page Mill Rd., Bldg. 1, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Fax: (650) 739-7600

*Attorneys for Defendant Tile, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CELLWITCH INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TILE, INC.,<br><br>Defendant. | Case No. 4:19-CV-01315-JSW<br><br>**TILE, INC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:  Hon. Jeffrey S. White |

Pursuant to Civil Local Rule 79-5(f), Defendant Tile Inc. ("Tile") hereby moves to have the Court consider whether to seal certain materials, namely (1) documents produced by Cellwitch Inc. ("Cellwitch"), which are attached as Exhibits 10–17 to Tile's Responsive Claim Construction Brief, and (2) the unredacted version of Exhibit 9 to Tile's Responsive Claim Construction Brief, which reference the aforementioned designated documents produced by Cellwitch; and (3) the unredacted version of Tile's Responsive Claim Construction Brief, which references underlying material which Cellwitch designated as "Confidential." The sealed documents are summarized by below:

| Document | Portion(s) | Designating Party |
|---|---|---|
| Exhibit 10 to Tile's Responsive Claim Construction Brief (images from CW_00081697-99) | Entirety | Cellwitch designated this material as "Confidential" |
| Exhibit 11 to Tile's Responsive Claim Construction Brief (CW_00027388) | Entirety | Cellwitch designated this material as "Confidential" |
| Exhibit 12 to Tile's Responsive Claim Construction Brief (CW_00031878) | Entirety | Cellwitch designated this material as "Confidential" |
| Exhibit 13 to Tile's Responsive Claim Construction Brief (excerpts from CW_00031879 – CW_00031900) | Entirety | Cellwitch designated this material as "Confidential" |
| Exhibit 14 to Tile's Responsive Claim Construction Brief (CW_00006596) | Entirety | Cellwitch designated this material as "Confidential" |
| Exhibit 15 to Tile's Responsive Claim Construction Brief (excerpts from CW_00006597 – CW_00006619) | Entirety | Cellwitch designated this material as "Confidential" |
| Exhibit 16 to Tile's Responsive Claim Construction Brief (CW_00029321) | Entirety | Cellwitch designated this material as "Confidential" |
| Exhibit 17 to Tile's Responsive Claim Construction Brief (CW_00027323) | Entirety | Cellwitch designated this material as "Confidential" |
| Unredacted version of Exhibit 9, the expert Declaration / Report of Mr. David H. Williams Re: Claim Construction | Highlighted portions | Cellwitch designated underlying material as "Confidential" |
| Unredacted version of Tile's Responsive Claim Construction Brief | Highlighted portions | Cellwitch designated underlying material as "Confidential" |

*See* Guske Decl. ¶ 3.

Tile takes no position regarding whether these materials are confidential to Cellwitch, and files this motion based solely on its understanding that Cellwitch maintains that the materials are confidential and should be placed under seal. Guske Decl. ¶ 4. Tile does not maintain that any of the materials are confidential to Tile. *Id.* Thus, Tile files this motion to provide Cellwitch the opportunity to demonstrate to the Court that the materials meet the Court's standard for sealing pursuant to L.R.

TILE, INC'S ADMIN. MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED                    CASE NO.: 4:19-CV-01315-JSW
1

79-5(c)(1) and 79-5(f)(3). *Id.*

This motion is supported by the Declaration of Sarah Guske in support of Tile, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Guske Decl.").

DATED: September 5, 2023         Respectfully submitted,

By: /s/    *Sarah Guske*

Sarah J. Guske (CA Bar No. 232467)
Email: sarah.guske@bakerbotts.com
Mark Oda (CA Bar No. 323768)
Email: mark.oda@bakerbotts.com
**BAKER BOTTS L.L.P**
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Fax: (415) 291-6300

Lauren J. Dreyer (*Pro Hac Vice*)
**BAKER BOTTS L.L.P**
Email: lauren.dreyer@bakerbotts.com
700 K Street, N.W.
Washington, DC 20001
Telephone: (202) 639-7700
Fax: (202) 639-7890

John F. Gaustad (CA Bar No. 279893)
Email: john.gaustad@bakerbotts.com
**BAKER BOTTS L.L.P**
1001 Page Mill Rd., Bldg. 1, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Fax: (650) 739-7600

*Attorneys for Defendant Tile, Inc.*