**KONING ZOLLAR LLP**
Drew Koning (263082)
drew@kzllp.com
Neal Gibeault (299730)
neal@kzllp.com
169 Saxony Road, Suite 115
Encinitas, CA 92024
Tel: (858) 252-3234
Facsimile: (858) 252-3238

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
NICOLE M. JANTZI (*Pro Hac Vice*)
nicole.jantzi@friedfrank.com
PAUL M. SCHOENHARD (*Pro Hac Vice*)
paul.schoenhard@friedfrank.com
801 17th Street NW
Washington, DC 20006
Tel: 202-639-7265

(additional counsel identified on signature block)

*Attorneys for Plaintiff Cellwitch Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CELLWITCH INC., <br><br> Plaintiff, <br><br> v. <br><br> TILE, INC., <br><br> Defendant. | CASE NO. 4:19-CV-01315-JSW <br><br> **PLAINTIFF CELLWITCH INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civ. L.R. 79-5(f), Plaintiff Cellwitch Inc. ("Cellwitch") hereby moves to have the Court consider whether to maintain certain materials under seal, namely (1) documents produced by Tile Inc. ("Tile") that Tile has designated "Highly Confidential - Attorney's Eyes Only" or "Highly Confidential - Source Code," which are attached as Exhibits D-O to Cellwitch's Motion to Modify the Stipulated Protective Order; and (2) the unredacted version of Cellwitch's Motion to Modify the Stipulated Protective Order, which references underlying material that Tile produced and designated "Highly Confidential - Attorney's Eyes Only" or "Highly Confidential - Source Code."  The sealed documents are summarized below:

| **Document** | **Portion(s)** | **Designating Party** | **Form of Filing** |
|---|---|---|---|
| Exhibit D to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0043012) | Entirety | Tile designated this material as "Highly Confidential - Attorney's Eyes Only" | Electronic |
| Exhibit E to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0043013) | Entirety | Tile designated this material as "Highly Confidential - Source Code" | Manual |
| Exhibit F to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0043014) | Entirety | Tile designated this material as "Highly Confidential - Source Code" | Manual |
| Exhibit G to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0043015) | Entirety | Tile designated this material as "Highly Confidential - Attorney's Eyes Only" | Electronic |
| Exhibit H to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0043016) | Entirety | Tile designated this material as "Highly Confidential - Source Code" | Manual |
| Exhibit I to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0043017) | Entirety | Tile designated this material as "Highly Confidential - Source Code" | Manual |
| Exhibit J to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0043018) | Entirety | Tile designated this material as "Highly Confidential - Source Code" | Manual |

| | | | |
|---|---|---|---|
| Exhibit K to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0043019) | Entirety | Tile designated this material as "Highly Confidential - Source Code" | Manual |
| Exhibit L to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0043020) | Entirety | Tile designated this material as "Highly Confidential - Attorney's Eyes Only" | Electronic |
| Exhibit M to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0043401) | Entirety | Tile designated this material as "Highly Confidential - Source Code" | Manual |
| Exhibit N to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0044003) | Entirety | Tile designated this material as "Highly Confidential - Source Code" | Manual |
| Exhibit O to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0044004) | Entirety | Tile designated this material as "Highly Confidential - Source Code" | Manual |
| Unredacted version of Cellwitch's Motion to Modify Stipulated Protective Order | Highlighted portions | Describes in detail documents Tile designated as "Highly Confidential - Attorney's Eyes Only" or "Highly Confidential - Source Code" | Electronic |

(*See* Schoenhard Decl. ¶ 4.)

Cellwitch files this motion based solely on its understanding that Tile maintains that the materials are highly confidential and should be placed under seal. The materials sought to be filed under seal do not contain any information that is confidential to Cellwitch. (Schoenhard Decl. ¶ 5.)

This motion is supported by the Declaration of Paul M. Schoenhard in support of Cellwitch Inc.'s Administrative Motion to Consider Whether Another Party's Materials Should be Sealed ("Schoenhard Decl.").

Respectfully submitted,

DATED:  January 18, 2024                    FRIED, FRANK, HARRIS, SHRIVER
                                                                 & JACOBSON LLP

                                                           By:  */s/ Paul M. Schoenhard*
                                                                 Nicole M. Jantzi (*Pro Hac Vice*)
                                                                 (nicole.jantzi@friedfrank.com)
                                                                 Paul M. Schoenhard (*Pro Hac Vice*)
                                                                 (paul.schoenhard@friedfrank.com)
                                                                 FRIED, FRANK, HARRIS, SHRIVER &
                                                                     JACOBSON LLP
                                                                 801 17th Street NW
                                                                 Washington, DC 20006
                                                                 Telephone: (202) 639-7265

                                                                 Jason S. Kanterman (*Pro Hac Vice*)
                                                                 (jason.kanterman@friedfrank.com)
                                                                 Emma K. Kolesar (*Pro Hac Vice*)
                                                                 (emma.kolesar@friedfrank.com)
                                                                 FRIED, FRANK, HARRIS, SHRIVER &
                                                                     JACOBSON LLP
                                                                 One New York Plaza
                                                                 New York, New York 10004
                                                                 Telephone: (212) 859-8000

                                                                 Drew Koning (SBN 263082)
                                                                 (drew@kzllp.com)
                                                                 Neal Gibeault (SBN 299730)
                                                                 (neal@kzllp.com)
                                                                 KONING ZOLLAR LLP
                                                                 169 Saxony Road, Suite 115
                                                                 Encinitas, CA 92024
                                                                 Telephone: (858) 252-3234
                                                                 Facsimile: (858) 252-3238

                                                                 *Attorneys for Plaintiff Cellwitch Inc.*

-4-

**CELLWITCH'S  ADMIN. MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 4:19-CV-01315-JSW-AGT**