UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CELLWITCH INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>TILE, INC.,<br><br>          Defendant. | CASE NO. 4:19-CV-01315-JSW<br><br>**[PROPOSED] ORDER RE CELLWITCH INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pending before the Court is Plaintiff Cellwitch Inc.'s ("Cellwitch") Administrative Motion to Consider Whether Another Party's Material Should be Sealed. Having considered the Administrative Motion, and any declarations filed by the designating party, **IT IS HEREBY ORDERED** that Cellwitch's Administrative Motion concerning the following materials is [**GRANTED/DENIED**].

| **Document** | **Portion(s)** | **Designating Party** | **Form of Filing** | **Court's Order** |
|---|---|---|---|---|
| Exhibit D to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0043012) | Entirety | Tile designated this material as "Highly Confidential - Attorney's Eyes Only" | Electronic | |
| Exhibit E to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0043013) | Entirety | Tile designated this material as "Highly Confidential - Source Code" | Manual | |
| Exhibit F to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0043014) | Entirety | Tile designated this material as "Highly Confidential - Source Code" | Manual | |
| Exhibit G to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0043015) | Entirety | Tile designated this material as "Highly Confidential - Attorney's Eyes Only" | Electronic | |
| Exhibit H to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0043016) | Entirety | Tile designated this material as "Highly Confidential - Source Code" | Manual | |
| Exhibit I to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0043017) | Entirety | Tile designated this material as "Highly Confidential - Source Code" | Manual | |
| Exhibit J to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0043018) | Entirety | Tile designated this material as "Highly Confidential - Source Code" | Manual | |

| Exhibit K to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0043019) | Entirety | Tile designated this material as "Highly Confidential - Source Code" | Manual | |
|---|---|---|---|---|
| Exhibit L to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0043020) | Entirety | Tile designated this material as "Highly Confidential - Attorney's Eyes Only" | Electronic | |
| Exhibit M to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0043401) | Entirety | Tile designated this material as "Highly Confidential - Source Code" | Manual | |
| Exhibit N to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0044003) | Entirety | Tile designated this material as "Highly Confidential - Source Code" | Manual | |
| Exhibit O to Cellwitch's Motion to Modify the Stipulated Protective Order (TILE_CELL_0044004) | Entirety | Tile designated this material as "Highly Confidential - Source Code" | Manual | |
| Unredacted version of Cellwitch's Motion to Modify Stipulated Protective Order | Highlighted portions | Describes in detail documents Tile designated as "Highly Confidential - Attorney's Eyes Only" or "Highly Confidential - Source Code" | Electronic | |

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE