Sarah J. Guske (CA Bar No. 232467)
Email: sarah.guske@bakerbotts.com
Mark Oda (CA Bar No. 323768)
Email: mark.oda@bakerbotts.com
**BAKER BOTTS L.L.P**
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Fax: (415) 291-6300

Lauren J. Dreyer (*Pro Hac Vice*)
**BAKER BOTTS L.L.P**
Email: lauren.dreyer@bakerbotts.com
700 K Street, N.W.
Washington, DC 20001
Telephone: (202) 639-7700
Fax: (202) 639-7890

John F. Gaustad (CA Bar No. 279893)
Email: john.gaustad@bakerbotts.com
**BAKER BOTTS L.L.P**
1001 Page Mill Rd., Bldg. 1, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Fax: (650) 739-7600

*Attorneys for Defendant Tile, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CELLWITCH INC., <br><br> Plaintiff, <br><br> vs. <br><br> TILE, INC., <br><br> Defendant. | Case No. 4:19-CV-01315-JSW <br><br> **TILE, INC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Judge:   Hon. Jeffrey S. White |

Pursuant to Civil Local Rule 79-5(f), Defendant Tile Inc. ("Tile") hereby moves to have the Court consider whether to seal certain materials, namely portions of Tile's Motion for Letter of Request to the United Kingdom ("Motion") and documents produced by Cellwitch Inc. ("Cellwitch"), which are attached as Exhibits H through K to Tile's Motion. The sealed documents are summarized by below:

| Document | Portion(s) | Designating Party |
|---|---|---|
| Tile's Motion for Letter of Request to the United Kingdom | Highlighted portions on pages 1–3 | Cellwitch designated this material as "Confidential" |
| Exhibit H to Tile's Motion for Letter of Request to the United Kingdom (CW_00108423–30) | Entirety | Cellwitch designated this material as "Confidential" |
| Exhibit I to Tile's Motion for Letter of Request to the United Kingdom (CW_00108431) | Entirety | Cellwitch designated this material as "Confidential" |
| Exhibit J to Tile's Motion for Letter of Request to the United Kingdom (CW_00108129–32) | Entirety | Cellwitch designated this material as "Confidential" |
| Exhibit K to Tile's Motion for Letter of Request to the United Kingdom (CW_00108329–35) | Entirety | Cellwitch designated this material as "Confidential" |

*See* Gaustad Decl., ¶ 3.

Tile takes no position regarding whether these materials are confidential to Cellwitch, and files this motion based solely on its understanding that Cellwitch maintains that the materials are confidential and should be placed under seal. *Id.*, ¶ 4. Tile does not maintain that any of the materials are confidential to Tile. *Id.* Thus, Tile files this motion to provide Cellwitch the opportunity to demonstrate to the Court that the materials meet the Court's standard for sealing pursuant to L.R. 79-5(c)(1) and 79-5(f)(3). *Id.*

This motion is supported by the Declaration of John F. Gaustad in support of Tile, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Gaustad Decl.").

DATED: May 24, 2024        Respectfully submitted,

By: /s/   *Sarah Guske*

Sarah J. Guske (CA Bar No. 232467)
Email: sarah.guske@bakerbotts.com

1
2
3
4

Mark Oda (CA Bar No. 323768)
Email: mark.oda@bakerbotts.com
**BAKER BOTTS L.L.P**
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Fax: (415) 291-6300

5
6
7
8

Lauren J. Dreyer (*Pro Hac Vice*)
**BAKER BOTTS L.L.P**
Email: lauren.dreyer@bakerbotts.com
700 K Street, N.W.
Washington, DC 20001
Telephone: (202) 639-7700
Fax: (202) 639-7890

9
10
11
12

John F. Gaustad (CA Bar No. 279893)
Email: john.gaustad@bakerbotts.com
**BAKER BOTTS L.L.P**
1001 Page Mill Rd., Bldg. 1, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Fax: (650) 739-7600

13

*Attorneys for Defendant Tile, Inc.*

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28